# DECLARATION OF BRITTNEY MOORE

Brittney Moore, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Brittany Moore. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Georgia, where I am a resident.

2. I stayed at the Congress Hotel located at 5885 Oakbrook Parkway, Norcross, Georgia for about 4 to 5 months in early 2014.

3. During the time I lived at the hotel, I came to know several people who also lived and worked at the property. I met a woman named Pink who lived at the Congress Hotel and a man named Jit who dated Pink.

4. Pink was a prostitute at the hotel. She would frequently use the room I had at the Congress Hotel to meet men who paid her for sex.

5. Pink and Jit were pimping out lots of young girls at the Congress Hotel. Girls they were selling for sex were always coming through the hotel with Pink and Jit and then they would be replaced by different girls. I saw a minimum of 20 different girls that Pink and Jit sold for sex at the Congress Hotel while I was

there. Jit would bring these girls to the hotel and Pink would groom them and give them drugs and clothes.

6. These girls were all very young, and ranged in age from about 15 years old to about 22 years old. Most of them were under the age of 18. One girl I knew was 15 years old because she showed me her ID and we had the same birthday.

7. Pink and Jit usually had about 5 of these girls working at the hotel at a time. They would post ads on Backpage and Craigslist and men would come to the Congress to buy these young girls for sex. They gave the girls drugs to keep them high and working at the Congress Hotel.

8. The girls would be dressed in fishnet stockings, tops with holes showing their nipples, and other provocative clothing and Pink would take their pictures at the hotel to post in the ads. At times a front desk employee of the hotel would be in Pink's room when she was taking these pictures of the young girls to sell for sex.

9. It was a very obvious that these girls were being sold for sex and was visible to anyone nearby.

10. Jit would become violent with the girls at the Congress Hotel if they did not do what Pink told them to do.

11. Other pimps came to the Congress Hotel to trade some of these young girls. Different pimps would come to Congress Hotel and Pink and Jit would trade their girls to these other pimps for other girls or drugs.

12. Pink told me that she had people at the hotel "in her pocket." She paid the front desk employees extra money to be lookouts and allow the sex sales to continue at the hotel. Employees used to come hang out and party in Pink's room. One of these men was a male front desk employee. This man was often buying weed and cocaine at the Congress Hotel from a man I knew named Shawt. He also hung out in Pink and Jit's room and I was there with him when he was hanging out and Pink and Jit were talking about how many men they were going to get to come to the hotel that night to buy the girls for sex.

13. I saw Pink give a black woman who worked at the Congress money and drugs to let the activity continue. She also paid the housekeepers for the same thing and to bring extra sheets and towels to the room.

14. There was a black male housekeeper at the hotel who used to get paid to help keep Pink's sex operation going by letting him have sex with some of the young girls that Pink kept at the hotel.

15. Pink also paid off the maintenance man at the Congress Hotel.

16. Once, Pink planned to have a busy night and bring a lot of men back to the hotel to buy sex with the girls. That day, I watched the male front desk

employee walk around the back of the hotel where mine and Pink's rooms were and disconnect the wires from the cameras inside and outside.

17. The housekeepers saw a lot of the activity in the rooms. There were always lots of condoms and sex stuff in the rooms. Men would run out of rooms naked or getting dressed in the mornings and during the day and the housekeepers would see this.

18. I became involved with a man at the Congress Hotel named Shawt who was well known to the staff and residents. Shawt sold drugs for a living. I often saw him sell drugs to the black front desk man who disconnected the cameras. He also supplied the front desk employee with drugs for a discount on the room where he and I stayed for a brief period.

19. While I was with that man, he became violent and beat me. Twice I went to the front desk bleeding, asking for help. The first time, I encountered a dark-skinned woman who was in her 30's. She told me to go back to my room and stop making a scene. The next time I asked for help, the back male was at the desk and told me to go back to the room.

20. I saw Pink a few times at the Congress after I stopped staying there. She remained at this property and continued her sex business for about two more years. I am unsure of when she left and where she went.

21. This is some of what I saw happen at the Congress Hotel. There was even more terrible stuff that happened while I was there.

22. All of the above information was personally observed by me.

23. I have read this Declaration consisting of 23 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on March 27, 2024.

_____
BRITTNEY MOORE