## DECLARATION OF LINDA ALVAREZ

Linda Alvarez, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury, declares as follows:

1. My name is Linda Alvarez. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Indiana, where I am a resident.

2. I had a friend named Jennifer who stayed at the Congress Hotel & Suites located at 5885 Oakbrook Parkway, Norcross, Georgia, 30093 ("Congress Hotel") where I often visited her in July 2014.

3. When I visited the Congress Hotel, I could tell that Jennifer was involved in prostitution there. She was sold for sex to men at the Congress Hotel. Sometimes she would have men come by the hotel and then she and her boyfriend would rob the men who came to the Congress Hotel intending to purchase her for sex.

4. I saw girls working as prostitutes walking up to car windows and random men around the hotel and I heard them proposition men and talk about prices for sex. I would see girls getting in cars with random men for short periods of time and drive off to a dark corner of the

parking lot. Usually, the girls would get in cars with men and then drive off for 15 or 20 minutes and then come back and drop the girls off at the hotel.

5. On average, I saw about six girls who appeared to be prostitutes at the Congress Hotel each time I went there. The ages of these girls ranged from teenagers to women in their 40s.

6. The prostitution activity I saw happened at all hours, in the day and night, it was obvious and not hidden. I saw employees walking around the hotel who would have seen the same things I saw at the hotel. I never saw any employees intervene to try to stop or discourage the illegal activity.

7. Drug activity was also rampant at the Congress Hotel. I saw obvious drug deals throughout the property at all hours of the day and drugs being delivered to cars and people at the hotel. I often saw hotel guests openly smoking blunts all around the property. The hotel smelled like marijuana all the time.

8. I have read this Declaration consisting of 8 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on March 5, 2024.

*DocuSigned by:*
*Linda Alvarez*
—2F95B10A28124CB...—
Linda Alvarez