UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.R.,<br><br>    Plaintiff,<br><br>v.<br><br>CONGRESS HOTEL OF ATLANTA, LLC d/b/a CONGRESS HOTEL & SUITES and JOHN DOES 1- 5,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-05193-SDG |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Plaintiff hereby files this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

(1) The undersigned counsel of record for a party of this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of a stock of a party:

    (a) A.R.;
    (b) Congress Hotel of Atlanta, LLC, d/b/a Congress Hotel & Suites; and
    (c) John Does 1–5.

1

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None known.**

(3) The undersigned certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Counsel for Plaintiff:**
**Patrick J. McDonough**
**Tyler Dillard**
**Jonathan S. Tonge**
**Jennifer M. Webster**

Respectfully submitted on November 15, 2024.

                         ANDERSEN, TATE & CARR, P.C.

                         */s/ Tyler Dillard*
                         PATRICK J. MCDONOUGH
                         Georgia Bar No. 489855
                         pmcdonough@atclawfirm.com
                         TYLER A. DILLARD
                         Georgia Bar No. 115229
                         tdillard@atclawirm.com
                         JONATHAN S. TONGE
                         Georgia Bar No. 303999
                         jtonge@atclawfirm.com
                         JENNIFER M. WEBSTER
                         Georgia Bar No. 760381
                         jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000

Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

3

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted on November 15, 2024.

                                      ANDERSEN, TATE & CARR, P.C.

                                      */s/ Tyler Dillard*
                                      PATRICK J. MCDONOUGH
                                      Georgia Bar No. 489855
                                      pmcdonough@atclawfirm.com
                                      TYLER A. DILLARD
                                      Georgia Bar No. 115229
                                      tdillard@atclawirm.com
                                      JONATHAN S. TONGE
                                      Georgia Bar No. 303999
                                      jtonge@atclawfirm.com
                                      JENNIFER M. WEBSTER
                                      Georgia Bar No. 760381
                                      jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile