AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-05193-SDG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Thomas E. Raines, Registered Agent**
was recieved by me on  **11/19/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Brittany marler**, a person of suitable age and discretion who resides at **3296 Summit Ridge Pkwy Ste 2110, Duluth, GA 30096**, on **11/20/2024 at 9:25 AM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  11/21/2024

_____
*Server's signature*

**Abraham Okoro**
*Printed name and title*

**224 Paces Commons Dr
Duluth, GA 30096**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; PROPOSED ORDER; PLAINTIFFS MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY AND BRIEF IN SUPPORT THEREOF; PLAINTIFFS CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; DECLARATION OF BRITTANY MOORE; CIVIL COVER SHEET,  to Brittany marler who identified themselves as the person authorized to accept process with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.**



Tracking #: **0149661092**

