UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.R.,<br><br>Plaintiff,<br><br>vs.<br><br>CONGRESS HOTEL OF ATLANTA, LLC d/b/a CONGRESS HOTEL & SUITES, and JOHN DOES 1-5,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:24-CV-05193-SDG |

**PLAINTIFF'S CONSENT MOTION AT DEFENDANT'S REQUEST TO EXTEND TIME FOR DEFENDANT CONGRESS HOTEL OF ATLANTA, LLC d/b/a CONGRESS HOTEL & SUITES TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant has requested and Plaintiff has agreed to hereby move this Court for an order extending the deadline for Defendant CONGRESS HOTEL OF ATLANTA, LLC d/b/a CONGRESS HOTEL & SUITES answering, moving, objecting or otherwise responding to Plaintiff's Complaint from December 11, 2024 through and including January 3, 2025.

In support of its motion, Defendant states as follows:

1. Plaintiff filed her Complaint (Doc. 1) on November 13, 2024.

2. Defendant Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites was served with Plaintiff's Complaint on November 20, 2024 (Doc. 6), which

{02918582-1 }

required the Defendant to respond within 21 days of November 20, 2024, or by December 11, 2024.

3. Defendant Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites has requested and Plaintiff has consented to an additional 23 days, or through and including January 3, 2025, for this Defendant to answer, move, object or otherwise respond to Plaintiff's Complaint.

4. Defendant Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites requests an extension of the deadline for filing its response to Plaintiff's Complaint, through and including January 3, 2025, so as to give their counsel an ample opportunity to collect, review and prepare all the documents and paperwork necessary for the preparation of their response.

5. This motion is not made for purposes of delay or harassment. Rather, it is based on the foregoing considerations.

6. This motion is the first request for an extension of this deadline, which was set by the Service of Summons (Doc. 6).

WHEREFORE, at Defendant's request, Plaintiff seeks for the Court to grant its motion, extend the deadline for answering, moving, objecting or otherwise responding to Plaintiff's Complaint through and including January 3, 2025. A proposed order is attached hereto as **Exhibit 1**.

This 11th day of December, 2024.

                              ANDERSEN, TATE & CARR, P.C.

                              *[s] Tyler Dillard*
                              PATRICK J. MCDONOUGH
                              Georgia Bar No. 489855
                              pmcdonough@atclawfirm.com
                              TYLER A. DILLARD
                              tdillard@atclawfirm.com
                              Georgia Bar No. 115229
                              JONATHAN S. TONGE
                              Georgia Bar No. 303999
                              jtonge@atclawfirm.com
                              JENNIFER M. WEBSTER
                              Georgia Bar No. 760381
                              jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900  Telephone
(770) 822-9680  Facsimile

## CERTIFICATE OF COMPLIANCE

Under local rules 5.l(c) and 7.l(d), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in times new roman, 14-point font.

Respectfully submitted on December 11, 2024.

                                      ANDERSEN, TATE & CARR, P.C.

                                      *Isl Tyler Dillard*
                                      PATRICK J. MCDONOUGH
                                      Georgia Bar No. 489855
                                      pmcdonough@atclawfirm.com
                                      TYLER A. DILLARD
                                      tdillard@atclawfirm.com
                                      Georgia Bar No. 115229
                                      JONATHAN S. TONGE
                                      Georgia Bar No. 303999
                                      jtonge@atclawfirm.com
                                      JENNIFER M. WEBSTER
                                      Georgia Bar No. 760381
                                      jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900  Telephone
(770) 822-9680  Facsimile