# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| A.R.,<br><br>Plaintiff,<br><br>vs.<br><br>CONGRESS HOTEL OF ATLANTA, LLC d/b/a CONGRESS HOTEL & SUITES, and JOHN DOES 1-5,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:24-CV-05193-SDG |

### PROPOSED ORDER ON PLAINTIFF'S CONSENT MOTION AT DEFENDANT'S REQUEST TO EXTEND TIME FOR DEFENDANT CONGRESS HOTEL OF ATLANTA, LLC d/b/a CONGRESS HOTEL & SUITES TO RESPOND TO PLAINTIFF'S COMPLAINT

The Court, having read and considered Plaintiff's Consent Motion at Defendant's Request to Extend Time for Defendant Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites to Respond to Plaintiff's Complaint in this case, it is hereby ORDERED that Plaintiff's Motion to Extend Time for Defendant Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites to Respond to Plaintiff's is granted.

SO ORDERED, this _____ day of December, 2024.

_____
HONORABLE STEVEN D. GRIMBERG
Judge, United States District Court
Northern District of Georgia
Atlanta Division

**PREPARED BY:**

ANDERSEN, TATE & CARR, P.C.


*[s] Tyler Dillard*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
TYLER A. DILLARD
tdillard@atclawfirm.com
Georgia Bar No. 115229
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900  Telephone
(770) 822-9680  Facsimile