UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.R., | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | Civil Action No. |
| CONGRESS HOTEL OF ATLANTA, | * | 1:24-cv-05193-SDG |
| LLC d/b/a CONGRESS HOTEL & | * | |
| SUITES, and JOHN DOES 1-5, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE

COMES NOW, Cameron A. Mobley of the of the law firm of Lewis Brisbois Bisgaard & Smith LLP and, pursuant to Local Rule 83.4, enters his appearance as counsel of record for Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites ("Defendant") in the above-styled action. All further pleadings and other documents to be served on Defendant should be sent to the attention of:

Cameron A. Mobley, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
Bank of America Plaza
600 Peachtree Street, NE
Suite 4700
Atlanta, GA  30308
404.348.8585 – Telephone
404.467.8845 – Facsimile
Cameron.Mobley@lewisbrisbois.com

1

Respectfully submitted this 2nd day of January, 2025.

|  |  |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br><br>Bank of America Plaza<br>600 Peachtree Street, NE<br>Suite 4700<br>Atlanta, GA  30308<br>(404) 348-8585<br>(404) 467-8845 Facsimile<br>Cameron.Mobley@lewisbrisbois.com | */s/ Cameron A. Mobley*<br>CAMERON MOBLEY<br>Georgia Bar No. 613048<br><br>*Counsel for Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites.* |

142076358.1

## **RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the United States District Court of the Southern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

Dated: January 2, 2025

*/s/ Cameron A. Mobley*
CAMERON A. MOBLEY
Georgia Bar No. 613048

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2025, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all listed ECF registrants:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Tyler A. Dillard
tdillard@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre 1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

*Counsel for Plaintiff*

|  |  |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | */s/ Cameron A. Mobley* <br> CAMERON A. MOBLEY <br> Georgia Bar No. 613048 |
| 600 Peachtree Street, Suite 4700 <br> Atlanta, Georgia 30308 <br> (404) 348-8585 <br> (404) 467-8845 Facsimile <br> Cameron.Mobley@lewisbrisbois.com | *Counsel for Defendant* <br> *Congress Hotel of Atlanta, LLC* <br> *d/b/a Congress Hotel & Suites* |