# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| A.R., | * | |
| | * | |
| Plaintiff, | * | Civil Action No. |
| v. | * | 1:24-cv-05193-SDG |
| | * | |
| | * | |
| CONGRESS HOTEL OF ATLANTA, | * | |
| LLC d/b/a CONGRESS HOTEL & | * | |
| SUITES, and JOHN DOES 1-5, | * | |
| | * | |
| Defendants. | * | |

## CONSENT MOTION EXTENDING DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites ("CHA") and hereby moves, with the consent of Plaintiff A.R. ("Plaintiff"), to extend CHA's deadline to respond to Plaintiff's Complaint to January 10, 2025, showing this Honorable Court as follows:

1.

Plaintiff filed her Complaint in the United States District Court for the Northern District of Georgia on November 13, 2024. Doc. 1.

2.

Plaintiff served CHA with the Summons and Complaint on November 20, 2024. Doc. 6. As such, the original deadline for CHA to file responsive pleadings was December 11, 2024. *Id.*

3.

Plaintiff filed a Consent Motion at Defendant's Request to Extend Time for Defendant Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites to Respond to Plaintiff's Complaint on December 11, 2024. Doc. 7. The undersigned counsel was not yet involved in this matter.

4.

On December 11, 2024, this Court granted Plaintiff's Consent Motion at Defendant's Request to Extend Time for Defendant Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites to Respond to Plaintiff's Complaint thereby extending the deadline for responsive pleadings to January 3, 2025.

5.

On or about December 31, 2024, CHA retained the undersigned counsel to represent it in this action. The undersigned counsel subsequently contacted Plaintiff's counsel to request additional time to respond to the Complaint so that he could have sufficient time to analyze the Complaint as well as any relevant documents required to prepare a response.

6.

Plaintiff has agreed to an extension of the January 3, 2025, deadline, through and including January 10, 2025. Thus, CHA respectfully requests that this Court grant the agreed upon extension.

7.

This motion is not made for purposes of delay or harassment but is based on the foregoing considerations.

8.

A proposed Order is attached hereto as **Exhibit A**.

Respectfully submitted this 2nd day of January, 2025.

| | |
|---|---|
| */s/ Tyler Dillard (by Cameron A. Mobley with express permission)* | */s/ Cameron A. Mobley* |
| Patrick J. McDonough | Cameron Mobley |
| Georgia Bar No. 489855 | Georgia Bar No. 613048 |
| pmcdonough@atclawfirm.com | Cameron.Mobley@lewisbrisbois.com |
| Tyler A. Dillard | LEWIS BRISBOIS BISGAARD & |
| Georgia Bar No. 115229 | SMITH LLP |
| tdillard@atclawfirm.com | 600 Peachtree Street NE, Suite 4700 |
| Jonathan S. Tonge | Atlanta, Georgia 30308 |
| Georgia Bar No. 303999 | 404.348.8585 |
| jtonge@atclawfirm.com | |
| Jennifer M. Webster | *Attorneys for Defendant Congress Hotel of* |
| Georgia Bar No. 760381 | *Atlanta, LLC d/b/a Congress Hotel & Suites* |
| jwebster@atclawfirm.com | |

ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre 1960 Satellite
Boulevard, Suite 4000
Duluth, Georgia 30097
770.822.0900

*Attorneys for Plaintiff A.R.*

## **RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

Dated: January 2, 2025.

/*s/ Cameron A. Mobley*_____

Cameron A. Mobley

Georgia Bar No. 613048

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2025, I electronically filed the foregoing ***CONSENT MOTION EXTENDING DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT*** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following counsel of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Tyler A. Dillard
tdillard@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre 1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

*Attorneys for Plaintiff*

        /s/ Cameron A. Mobley
        CAMERON A. MOBLEY
        Georgia Bar No. 613048

        ***Attorney for Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites***

5