# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| A.R., | * | |
| | * | |
| Plaintiff, | * | Civil Action No. |
| v. | * | 1:24-cv-05193-SDG |
| | * | |
| CONGRESS HOTEL OF ATLANTA, LLC d/b/a CONGRESS HOTEL & SUITES, and JOHN DOES 1-5, | * * * | |
| | * | |
| Defendants. | * | |

## [PROPOSED] ORDER EXTENDING DEFENDANT CONGRESS HOTEL OF ATLANTA, LLC d/b/a CONGRESS HOTEL & SUITES' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

Currently before the Court is Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites' Consent Motion Extending Deadline to Respond to Plaintiff's Complaint. After reviewing the motion, and for good cause shown, it is hereby ORDERED that the time for Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites to file responsive pleadings to Plaintiff's Complaint is extended through and including January 10, 2025.

It is so Ordered this _____ day of _____, 2025.

_____
The Honorable Steven D. Grimberg
United States District Court Judge
Northern District of Georgia