## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 3:17-324** |
| **FAIZAL BHIMANI, OM SRI SAI, INC., NAZIM HASSAM, and PLAZA INN f/k/a QUALITY INN,** | : | **(JUDGE MANNION)** |
| | : | |
| **Defendants** | : | |

# VERDICT FORM

**COURT EXHIBIT #1**

**WE, THE JURY, MAKE THE FOLLOWING UNANIMOUS FINDINGS BEYOND A REASONABLE DOUBT:**

## COUNT 1:

### Sex Trafficking by Force or Coercion, Aid and Abet

We, the jury, as to **Count 1** of the Indictment, Sex Trafficking by Force or Coercion, unanimously find the defendant, FAIZAL BHIMANI:

Guilty __✓__    Not Guilty _____

We, the jury, as to **Count 1** of the Indictment, Sex Trafficking by Force or Coercion, unanimously find the defendant, OM SRI SAI, INC.:

Guilty __✓__    Not Guilty _____

## COUNT 2:

## Sex Trafficking Conspiracy

We, the jury, as to **Count 2** of the Indictment, Sex Trafficking Conspiracy, unanimously find the defendant, FAIZAL BHIMANI:

Guilty __✓__          Not Guilty _____

We, the jury, as to **Count 2** of the Indictment, Sex Trafficking Conspiracy, unanimously find the defendant, OM SRI SAI, INC.:

Guilty __✓__          Not Guilty _____

## COUNT 3:

## Conspiracy to Distribute and Posses With Intent to Distribute Controlled Substances

We, the jury, as to **Count 3** of the Indictment, Drug Trafficking Conspiracy, unanimously find the defendant, FAIZAL BHIMANI:

Guilty __✓__          Not Guilty _____

We, the jury, as to **Count 3** of the Indictment, Drug Trafficking Conspiracy, unanimously find the defendant, NAZIM HASSAM:

Guilty __✓__          Not Guilty _____

We, the jury, as to **Count 3** of the Indictment, Drug Trafficking Conspiracy, unanimously find the defendant, OM SRI SAI, INC.:

Guilty __✓__          Not Guilty _____

- 4 -

## COUNT 4:

## Managing a Drug Premises

We, the jury, as to **Count 4** of the Indictment, Managing a Drug Premises, a hotel in Bartonsville, Pennsylvania, unanimously find the defendant, FAIZAL BHIMANI:

Guilty ✓   Not Guilty _____

We, the jury, as to **Count 4** of the Indictment, Managing a Drug Premises, a hotel in Bartonsville, Pennsylvania, unanimously find the defendant, NAZIM HASSAM:

Guilty ✓   Not Guilty _____

We, the jury, as to **Count 4** of the Indictment, Managing a Drug Premises, a hotel in Bartonsville, Pennsylvania, unanimously find the defendant, OM SRI SAI, INC.:

Guilty ✓   Not Guilty _____

## COUNT 5:

## Managing a Drug Premises

We, the jury, as to **Count 5** of the Indictment, Managing a Drug Premises, a hotel in Stroudsburg, Pennsylvania, unanimously find the defendant, NAZIM HASSAM:

Guilty ✓          Not Guilty _____

We, the jury, as to **Count 5** of the Indictment, Managing a Drug Premises, a hotel in Stroudsburg, Pennsylvania, unanimously find the defendant, FAIZAL BHIMANI:

Guilty ✓          Not Guilty _____

We, the jury, as to **Count 5** of the Indictment, Managing a Drug Premises, a hotel in Stroudsburg, Pennsylvania, unanimously find the defendant, POCONO PLAZA INN, f/k/a QUALITY INN:

Guilty ✓          Not Guilty _____

The foregoing is the unanimous verdict of the jury in the above-captioned case of UNITED STATES OF AMERICA v. FAIZAL BHIMANI, OM SRI SAI, INC., NAZIM HASSAM, and POCONO PLAZA INN f/k/a QUALITY INN.

Date: 10/23/20

JURY FOREPERSON

Please have the foreperson sign and date this verdict form, place it in the envelope provided, and inform the courtroom security officer that you have a verdict.