# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| A.R.,<br><br>    Plaintiff,<br><br>v.<br><br>CONGRESS HOTEL OF ATLANTA, LLC d/b/a CONGRESS HOTEL & SUITES, and JOHN DOES 1-5,<br><br>    Defendants. | Civil Action No.<br>1:24-cv-05193-SDG |

## CONSENT MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF CONGRESS HOTEL OF ATLANTA, LLC'S MOTION TO DISMISS

COMES NOW Defendant Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites ("Defendant"), and hereby moves, with the consent of Plaintiff A.R. ("Plaintiff"), for an extension of time for Defendant to file a Reply Brief in Support of its Motion to Dismiss through and including February 21, 2025, showing this Honorable Court as follows:

1.

On January 10, 2025, Defendant filed its Motion to Dismiss and Brief in Support (Defendant's "Motion"). Doc. 13.

2.

The current deadline for Defendant to file a Reply in support of its Motion is February 7, 2025.

3.

Prior to the Motion's filing, Plaintiff served Defendant with a time limited demand letter. The Parties are currently attempting to negotiate settlement of this action.

4.

In light of these facts, Plaintiff has agreed to an extension of the February 7, 2025, deadline, through and including February 21, 2025, so that the Parties may continue their settlement negotiations without incurring unnecessary litigation costs. Thus, Defendant respectfully requests that this Court grant the agreed upon extension.

5.

A proposed Order is attached hereto as **Exhibit A**.

*Signatures follow on next page.*

Respectfully submitted this <u>4th</u> day of February, 2025.

| | |
|---|---|
| **_/s/ Tyler Dillard (by Cameron A. Mobley with express permission)_** | **_/s/ Cameron A. Mobley_** |
| | Cameron Mobley |
| Patrick J. McDonough | Georgia Bar No. 613048 |
| Georgia Bar No. 489855 | Cameron.Mobley@lewisbrisbois.com |
| pmcdonough@atclawfirm.com | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| Tyler A. Dillard | 600 Peachtree Street NE, Suite 4700 |
| Georgia Bar No. | Atlanta, Georgia 30308 |
| tdillard@atclawfirm.com | 404.348.8585 |
| Jonathan S. Tonge | |
| Georgia Bar No. 303999 | *Attorney for Defendant Congress Hotel of Atlanta, LLC d/b/a Congroess Hotel & Suties* |
| jtonge@atclawfirm.com | |
| ANDERSON, TATE & CARR, P.C. | |
| One Sugarloaf Centre 1960 Satellite Boulevard, Suite 4000 | |
| Duluth, Georgia 30097 | |
| 770.822.0900 | |
| *Attorneys for Plaintiff A.R.* | |

## **RULE 7.1D CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

Dated: February 4, 2024.

/*s/ Cameron A. Mobley*\_\_\_\_\_

Cameron A. Mobley

Georgia Bar No. 613048

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2025, I electronically filed the foregoing ***CONSENT MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF CONGRESS HOTEL OF ATLANTA, LLC'S MOTION TO DISMISS*** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following counsel of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Tyler A. Dillard
tdillard@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre 1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

*Attorneys for Plaintiff*

/s/ Cameron A. Mobley
CAMERON A. MOBLEY
Georgia Bar No. 613048

***Attorney for Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites***