# Exhibit "A"

150563471.1

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| A.R., | * | |
| | * | |
| Plaintiff, | * | Civil Action No. |
| v. | * | 1:24-cv-05193-SDG |
| | * | |
| CONGRESS HOTEL OF ATLANTA, | * | |
| LLC d/b/a CONGRESS HOTEL & | * | |
| SUITES, and JOHN DOES 1-5, | * | |
| | * | |
| Defendants. | * | |

## ORDER GRANTING DEFENDANT CONGRESS HOTEL OF ATLANTA, LLC'S CONSENT MOTION TO EXTEND DEADLINE TO FILE REPLY BIREF IN SUPPORT OF MOTION TO DISMISS

Currently before the Court is Congress Hotel of Atlanta, LLC d/b/a Congress Hotel & Suites' Consent Motion to Extend Deadline to File Reply Brief in Support of Motion to Dismiss. After reviewing the motion, and for good cause shown, it is hereby ORDERED that the time for Congress Hotel of Atlanta, LLC to file a reply brief in support of its motion to dismiss is extended through and including February 21, 2025.

It is so Ordered this _____ day of _____, 2025.

_____
The Honorable Steven D. Grimberg
United States District Court Judge
Northern District of Georgia