UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.R.,<br><br>      Plaintiff,<br><br>v.<br><br>CONGRESS HOTEL OF ATLANTA, LLC d/b/a CONGRESS HOTEL & SUITES and JOHN DOES 1- 5,<br><br>      Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-05193-SDG |

**ORDER**

Before the Court is Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously. The Court finds that the privacy and safety interests of Plaintiff and witnesses identified or suspected of being victims of sex trafficking outweigh the public's interest in knowing their identities. Thus, the motion is **GRANTED**.

The Court **ORDERS** that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case shall refer to Plaintiff as A.R., with no other additional identifying information. The Court further **ORDERS** that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case referring to any witness identified by counsel for either party as a victim of sex trafficking or as suspected victims of sex trafficking shall refer to those witnesses by pseudonymous initials only.

Upon the entry of this Order, Plaintiff shall privately disclose her name to Defendants. Defendants shall be able to conduct discovery using Plaintiff's or witnesses' names. But for any publicly filed documents, the names of Plaintiff and all witnesses identified or suspected of being sex trafficking victims shall be redacted or referred to only by the appropriate pseudonymous initials.

SO ORDERED this <u>4th</u>  day of <u>February</u>, 2025.

_____
Steven D. Grimberg
United States District Judge