IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **A.R.**, <br><br> Plaintiff, <br><br> v. <br><br> **CONGRESS HOTEL OF ATLANTA, LLC d/b/a CONGRESS HOTEL & SUITES and JOHN DOES 1- 5,** <br>      Defendants. | Civil Action No. <br> 1: 24-cv-05193-SDG |

## ORDER

The parties have notified the Court via email that they have settled this case, and they anticipate moving for dismissal when settlement is finalized. The Clerk is, therefore, **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. Administrative closure will not prejudice the rights of the parties in any manner, nor preclude the filing of documents. If finalization fails, the parties need only file a motion to reopen this action to request enforcement of the settlement, or to vacate this order of dismissal.

The parties are **ORDERED** to file appropriate documents disposing of the case within **60 days**. Absent an extension or further order of the Court, if there is no request to reopen within 60 days, the case may be dismissed with prejudice.

Signed this 28th day of February, 2025.

_____
Steven D. Grimberg
United States District Court Judge