UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.R.,<br><br>　Plaintiff,<br><br>v.<br><br>CONGRESS HOTEL OF ATLANTA, LLC d/b/a CONGRESS HOTEL & SUITES, and JOHN DOES 1-5,<br><br>　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-05193-SDG |

## STIPULATION OF DISMISSAL

The parties have reached an agreement to resolve all claims in this matter. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate the dismissal of all claims with prejudice.

Respectfully submitted on April 14, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Tyler Dillard*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
TYLER A. DILLARD
tdillard@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                            ANDERSEN, TATE & CARR, P.C.

                                            */s/ Tyler Dillard*
                                            PATRICK J. MCDONOUGH
                                            Georgia Bar No. 489855
                                            pmcdonough@atclawfirm.com
                                            TYLER A. DILLARD
                                            tdillard@atclawfirm.com
                                            JONATHAN S. TONGE
                                            Georgia Bar No. 303999
                                            jtonge@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile